**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: Super Safety Patent Litigations          MDL No. 3176

**SCHEDULE OF ACTIONS**

|   | Plaintiffs/Counter Defendants | Defendants/Counter Claimants | Civil Action No. | District | Assigned Judge |
|---|---|---|---|---|---|
| 1 | Rare Breed Triggers, Inc.; ABC IP, LLC | DNT d/b/a Deez Nutz Tactical; Zach Morrow | 4:25-cv-00298 | D. Idaho (Pocatello – Eastern) | Amanda K. Brailsford |
| 2 | Rare Breed Triggers, Inc.; ABC IP, LLC | Harrison Gunworks LLC; Tyler Harrison | 4:25-cv-00299 | D. Idaho (Pocatello – Eastern) | Amanda K. Brailsford |
| 3 | Rare Breed Triggers, Inc.; ABC IP, LLC | 80Mills LLC d/b/a Tactical Titan Supply; Pearson Gardner | 1:25-cv-01262 | N.D. Ohio. (Eastern - Cleveland) | J. Philip Calabrese |
| 4 | Rare Breed Triggers, Inc.; ABC IP, LLC | Z3 Productions LLC d/b/a Z3 PRO | 5:25-cv-00695 | W.D. Oklahoma | Charles Goodwin |
| 5 | Rare Breed Triggers, Inc.; ABC IP, LLC | Steven Thanh Nguyen d/b/a Polymer Pew | 4:25-cv-02961 | S.D. Texas (Houston) | George C. Hanks, Jr. |
| 6 | Rare Breed Triggers, Inc.; ABC IP, LLC | Hanes Tactical LLC; Damion Terrell Bennett | 3:25-cv-00201 | W.D. Texas (El Paso) | David C. Guaderrama |
| 7 | Rare Breed Triggers, Inc.; ABC IP, LLC | Dairyland Defense Solutions, LLC; Gaven L. Poczekaj, Sr. | 2:25-cv-00852 | E.D. Wis. | Lynn S. Adelman |
| 8 | Rare Breed Triggers, Inc.; ABC IP, LLC | Jesse T. Kline | 3:25-cv-00454 | S.D. Miss. | Carlton W. Reeves |

1

|    | **Plaintiffs/Counter Defendants** | **Defendants/Counter Claimants** | **Civil Action No.** | **District** | **Assigned Judge** |
|----|-----------------------------------|----------------------------------|----------------------|--------------|--------------------|
| 9  | Rare Breed Triggers, Inc.; ABC IP, LLC | AR-TT, LLC; Clausen Inc.; Jonathan Clausen; Jodi Clausen | 2:26-cv-00014 | E.D. Wash. | Thomas O. Rice |
| 10 | Rare Breed Triggers, Inc.; ABC IP, LLC | Christopher Cope | 2:26-cv-00033 | E.D. Tex. | J. Rodney Gilstrap |
| 11 | Rare Breed Triggers, Inc.; ABC IP, LLC | MaRs Trigger, LLC; Peter Brennen | 2:26-cv-00030 | E.D. Tex. | J. Rodney Gilstrap |
| 12 | Rare Breed Triggers, Inc.; ABC IP, LLC | WebCorp, Inc.; Thomas Kirgin, Jr. | 4:26-cv-00018 | E.D. Mo. | Noelle C. Collins |
| 13 | Rare Breed Triggers, Inc.; ABC IP, LLC | SGC, LLC; Ronald Kennedy; Terence D. Schmidt | 2:26-cv-00085 | D. Ariz. | Krissa M. Lanham |
| 14 | Rare Breed Triggers, Inc.; ABC IP, LLC | Hawkphin Sales, LLC; Adam Gerleman | 4:26-cv-00015 | S.D. Iowa | Rebecca G. Ebinger |
| 15 | Rare Breed Triggers, Inc.; ABC IP, LLC | Cloak Industries, Inc.; William C. King, Jr. | 1:26-cv-00001 | D. Idaho | Amanda K. Brailsford |
| 16 | Rare Breed Triggers, Inc.; ABC IP, LLC | AS Designs, LLC; Calvin Olson; John Doe; Matthew Karlovic | 1:25-cv-01192 | M.D.N.C. | William L. Osteen, Jr. |
| 17 | Rare Breed Triggers, Inc.; ABC IP, LLC | Firearm Systems LLC; Brandon Donatto; Michael Stakes; John Doe | 2:25-cv-04938 | D. Ariz. | Susan M. Brnovich |
| 18 | Rare Breed Triggers, Inc.; ABC IP, LLC | Hoffman Tactical, LLC; Timothy Hoffman | 1:25-cv-00389 | E.D. Tenn. | Curtis L. Collier |
| 19 | Rare Breed Triggers, Inc.; ABC IP, LLC | PistolCap Limited Company, d/b/a, Frisco Guns; Mordekhai Harroch | 2:26-cv-00053 | E.D. Texas | J. Rodney Gilstrap |

|    | **Plaintiffs/Counter Defendants** | **Defendants/Counter Claimants** | **Civil Action No.** | **District** | **Assigned Judge** |
|----|-----------------------------------|----------------------------------|----------------------|--------------|--------------------|
| 20 | Rare Breed Triggers, Inc.; ABC IP, LLC | Hush Distribution, LLC | 2:26-cv-00054 | E.D. Texas | J. Rodney Gilstrap |
| 21 | Rare Breed Triggers, Inc.; ABC IP, LLC | ProSource Firearms, LLC | 2:26-cv-00055 | E.D. Texas | J. Rodney Gilstrap |
| 22 | Rare Breed Triggers, Inc.; ABC IP, LLC | Mister Guns, LLC; Thomas Carter II; Brandi Carter | 2:26-cv-00056 | E.D. Texas | J. Rodney Gilstrap |
| 23 | Rare Breed Triggers, Inc.; ABC IP, LLC | Superior Firearms of Texas, LLC | 2:26-cv-00058 | E.D. Texas | J. Rodney Gilstrap |
| 24 | Rare Breed Triggers, Inc.; ABC IP, LLC | Peak Tactical LLC, d/b/a/, Partisan Triggers; Nicholas Norton | 2:26-cv-00018 | D. Wyo. | Kelly H. Rankin |
| 25 | Rare Breed Triggers, Inc.; ABC IP, LLC | Optics Planet, Inc., d/b/a, OpticsPlanet | 1:26-cv-01072 | N.D. Ill. | Sharon J. Coleman |
| 26 | Rare Breed Triggers, Inc.; ABC IP, LLC | HK Parts Inc. | 2:26-cv-00090 | D. Utah | Howard C. Nielson, Jr. |
| 27 | Rare Breed Triggers, Inc.; ABC IP, LLC | Orion Arms Corp, d/b/a Orion Wholesale | 4:26-cv-00032 | S.D. Ind. | Sarah E. Barker |